UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**GREGORY DEAN WEIMER**,

Debtor.

Case No. **10-62155-13**

# *O R D E R*

At Butte in said District this 22nd day of September, 2010.

The Debtor, pro se, filed a Chapter 13 petition in this case on September 2, 2010, without several of the required Schedules, Statement of Financial Affairs and other required documents, or the filing fee. Mont. LBR 1007-1(e) provides that if schedules and statements are not filed with the petition, they shall be filed within 14 days after the filing of the petition, or within the time permitted by the Court granting a motion for extension of time filed prior to the expiration of the 14 days. If the schedules and statement of financial affairs are not timely filed, "the Court shall dismiss the case, without notice or hearing to debtors or their counsel." Mon. LBR 1007-1(e).

A Deficiency Notice dated September 2, 2010 (Docket No. 4) was sent by the Clerk to the Debtor listing the missing forms and advising the Debtor that failure to cure the deficiencies could subject the case to dismissal. The Debtor failed to cure any of the deficiencies listed in the Deficiency Notice. Debtor has failed to file his Schedules, Statement of Affairs, Official Form 1, Form 22C, Statement of Domestic Support Obligation, payment advices, and other documents.

Based upon the Debtor's failure to cure the Deficiency Notice after notice, the Court finds

sufficient cause to dismiss this case pursuant to Mont. LBR 1007-1(e), and that dismissal is in the best interests of creditors and the estate.  On the Court's own motion,

**IT IS ORDERED** this case is **DISMISSED** for Debtor's failure to file Schedules and Statements and cure deficiencies listed in the Deficiency Notice dated September 2, 2010 (Dkt2. 2); and **NOTICE IS HEREBY GIVEN** that the Debtor is granted fourteen (14) days from the date of this Order in which to request reconsideration of this Order of dismissal.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana